**Order entered February 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00170-CR

## EX PARTE HENRY MUNOZ

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-0062**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus seeking a bond reduction. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record in this appeal. *See* TEX. R. APP. P. 25.2(a), (d).

We **ORDER** the Rockwall County District Clerk to file the clerk's record by **March 4, 2019.** We **ORDER** that the clerk's record contain copies of the indictment; bond conditions and documents related to bail; the application for writ of habeas corpus; the State's response to the writ, if any; documents related to the application for writ of habeas corpus; the trial court's certification of appellant's right to appeal; and any other documents the parties request.

We **ORDER** the court reporter to file, by **March 4, 2019**, either the reporter's record from the hearing on the writ of habeas corpus or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by **March 25, 2019**. We **ORDER** the State to file its brief by **April 15, 2019**. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brett Allen Hall, Presiding Judge, 382nd Judicial District Court; Linda A. Kaiser, official court reporter, 382nd Judicial District Court; Lea Carlson, Rockwall County District Clerk; and counsel for all parties.

/s/    BILL PEDERSEN, III
        JUSTICE